UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTINA MARIE ELDER,

    Defendant.
_____/

INDICTMENT
**PENALTY SHEET**

**Count 1: Possession of Stolen Mail – 18 U.S.C. § 1708**

**Maximum Imprisonment:**  5 Years [18 U.S.C. § 1708]

**Maximum Fine:** $ 250,000 [18 U.S.C. § 3571]

**Maximum Supervised Release:** 3 Years
[18 U.S.C. § 3583; Class D Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]


**Counts 2-7: Financial Institution Fraud – 18 U.S.C. § 1344(2)**

**Maximum Imprisonment:**  30 Years [18 U.S.C. §§ 1344, 1349]

**Maximum Fine:** $ 1,000,000 [18 U.S.C. § 1344]

**Maximum Supervised Release:** 5 Years
[18 U.S.C. § 3583; Class B Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Counts 8-12: Aggravated Identity Theft – 18 U.S.C. § 1028A(a)(1)**

**Maximum Imprisonment:**  2 Years, consecutive to any other term of imprisonment for the first conviction.  The court has discretion to run additional sentences concurrently, in whole or in part.  [18 U.S.C. § 1028A(a)(1), (b)(2), (4)]

**Maximum Fine:** $ 250,000 [18 U.S.C. § 3571]

**Maximum Supervised Release:** 1 Year
[18 U.S.C. § 3583; Class E Felony, 18 U.S.C. § 3559]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]


Date:  November 9, 2021                     /s/ Davin M. Reust
                                            Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046