UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CHRISTINA MARIE ELDER,

    Defendant.

_____/

Hon. Paul L. Maloney

Case No. 1:21-cr-00197

**<u>ORDER</u>**

Defendant appeared before me on November 22, 2021, with appointed counsel for a detention hearing under the Bail Reform Act of 1984, 18 U.S.C. § 3142(f).  After being advised of her rights, including those attendant to a detention hearing, defendant waived her right to the hearing.  I find that her waiver was knowingly and voluntarily entered. If circumstances change, defendant may ask to revisit the issue of detention.

Accordingly, IT IS ORDERED that defendant is committed to the custody of the Attorney General pending trial.

DONE AND ORDERED on  November 22, 2021.

    <u>/s/ Phillip J. Green</u>
    PHILLIP J. GREEN
    United States Magistrate Judge