UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                              Case No. 1:21-cr-197

CHRISTINA MARIE ELDER,
                              HON. JANE M. BECKERING

    Defendant.
_____/

## NOTICE OF INTENT TO UPWARD DEPART UNDER SENTENCE GUIDELINES

Following a guilty plea on January 11, 2022, Defendant was convicted of financial institution fraud (Count Seven), contrary to 18 U.S.C. §§ 1344(2) and 1349, and aggravated identity theft (Count Twelve), contrary to 18 U.S.C. § 1028A(a)(1),(b)(2),(4). A Presentence Investigation Report has been prepared by U.S. Probation Officer Amber L. Gonzalez (ECF No. 36).

The Probation Officer has identified potential grounds for an upward variance pursuant to USSG §§ 5K2.21 and 4A1.3(a)(1). Hence, this Court believes a sentence above the sentencing guideline range may be necessary.

NOW THEREFORE counsel are hereby given notice to prepare arguments and/or proofs in support or opposition thereto.

Dated: May 19, 2022                                                    /s/ Jane M. Beckering
                                                               JANE M. BECKERING
                                                               United States District Judge